# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

:  Case No. 3:09-cr-161

　　　　Plaintiff,

District Judge Thomas M. Rose
-vs-　　　　　　　　　　　　　　　　Magistrate Judge Michael R. Merz

JOHNNY WILKERSON,

　　　　Defendant.　　　　　:

## RECOMMITTAL ORDER

This case is before the Court on Defendant's Objections (ECF No. 24) to the Magistrate Judge's Report and Recommendations (ECF No. 23).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

August 31, 2016.　　　　　　　　　　THOMAS M. ROSE

　　　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　United States District Judge